IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KENNETH W. KLAASMEYER,<br><br>                Plaintiff,<br><br>vs.<br><br>NEBRASKA METHODIST HEALTH SYSTEM, INC.,<br><br>                Defendant. | **CASE NO. 8:13CV121**<br><br>**ORDER AND**<br>**FINAL JUDGMENT** |

This matter is before the Court on the Plaintiff's Motion to Dismiss with Prejudice. (Filing No. 24). Under Federal Rule of Civil Procedure 41(a)(2), the Court finds the motion should be granted and the above-captioned case should be dismissed with prejudice, with the complete record waived. All parties will pay their own costs. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion to Dismiss with Prejudice (Filing No. 24) is granted;

2. The case is dismissed with prejudice; and

3. All parties will pay their own costs, and the complete record is waived.

Dated this 5th day of December, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge